Case 3:21-cr-00036-PDW *SEALED*  Document 54   Filed 02/18/21   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

REC'D USMS-FARGO, ND
'21 FEB 18 PM 4:14

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

United States of America
v.

Hope Victoria Welton                    )   Case No.  3:21-cr-36-22

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Hope Victoria Welton,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Possession with Intent to Distribute a Controlled Substance (Fentanyl Mixture)
Aiding and Abetting

Date: 02/18/2021

/s/ Shantel Jagol
*Issuing officer's signature*

City and state:  Fargo, ND

Shantel Jagol, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 2/18/21, and the person was arrested on *(date)* 6/29/2021
at *(city and state)* Painsville, OH.

Date: 6/29/2021

*Arresting officer's signature*

Myke Granchelin DUSM
*Printed name and title*

AO 442 (Rev. 10/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____